**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 439 MAL 2018

                 Respondent             :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

            v.                          :

                                       :

WILLIAM BLOM,                        :

                                       :

                Petitioner              :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 27th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.